FILED

MAR - 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LEBERT A. GORDON )
INMATE NO. 02143-000 )
          Plaintiff(s) )
)
     vs. )
HARLEY G. LAPPIN, DIRECTOR )
B.O.P; HARRELL WATTS, NATIONAL )
APPEAL COORDINATOR; AL HAYNES, )
WARDEN OF U.S.P.   Defendant(s) )
HAZELTON )

*BIVENS* ACTION --

CASE NUMBER 1:06CV00427

JUDGE: Richard J. Leon

DECK TYPE: Pro se General Civil

DATE STAMP: 03/08/2006

Plaintiff(s) in the above-captioned action, a

JURISDICTION

1.    This is a civil action brought pursuant to *Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971). The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 2201.

PARTIES

2.   Plaintiff:   Lebert A. Gordon, REG. NO. 02143-000

     Address:   U.S.P. Hazelton, Official P.O. Box 450
                   Inmate Box 2000 (SkyView)
                   Bruceton Mills, W.V. 26525

Additional Plaintiffs may be added on a separate sheet of paper.

3.  a.  Defendant:   Harley G. Lappin
      Official Position:   Director, B.O.P.
      Address:   320 First Street, N.W.
               Washington, D.C. 20534

RECEIVED

FEB 06 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

b.     Defendant:     Harrel Watts
       Official Position:     National Appeal Coordinator
       Address:     320 First Street, N.W.
                        Washington, D.C. 20534

c.     Defendant:     Al Haynes
       Official Position:     Warden-U.S.P. Hazelton
       Address:     P.O. Box 450
                        Bruceton Mills, W.V. 26525

Additional Defendants may be added on a separate sheet of paper.

4.                                        FACTS

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint. (You may use additional sheets as necessary.)

I was transferred from U.S.P. Atlanta based on Congressman Curt Weldon's inquiry to relieve hardship. However, in contrary to Warden Maldonado of U.S.P. Atlanta instructions, I was transferred from U.S.P. Atlanta to U.S.P. Hazelton in an adverse manner resulting in my loss of UNICOR Grade 1 Pay (Highest and Longevity Pay), UNICOR Scholarship and a even greater hardship. Director H. Lappin allowed adverse transfer. Harrel Watts concurred in violation to my constitutional rights. Al Haynes deceived public officials in blockage to remedy process in violation of my Constitutional Rights.

FORM E(1)(e).2

5.  

## CAUSES OF ACTION

Note: You must clearly state each cause of action you assert in this lawsuit.

### FIRST CAUSE OF ACTION

Retaliation to a Congressional inquiry in an adverse manner violating my Fifth Amendment Right to Due Process of law from the transfer on May 9, 2005, allowed by Harley G. Lappin in his official and individual capacity.

### SECOND CAUSE OF ACTION

Denial of my First Amendment Right to redress grievances to the adverse, divergent and deceptive practice. See Exhaustion to Administrative Remedy Attached with the necessary evidence and denial concurrance by Harrel Watts in his official and individual capacity.

### THIRD CAUSE OF ACTION

Response to Congressman Curt Weldon's final inquiry that inmate Gordon has option to appeal decision through P.S. 1330.13/grievance process without acknowkedgement to the constituent infringing of my right to do so by Warden Al Haynes in his individual capacity.

6.  Plaintiff(s) demand(s) a trial by

Jury  -or-  (Court)
(Circle only one).

FORM E(1)(e).3

7. PRAYER FOR RELIEF

WHEREFORE, plaintiff(s) request(s) that this Court grant the following relief:

Bureau of Prison officials may not transfer an inmate to a new prison in retaliation for exercising his First/Fifth Amendment Rights. Thus, plaintiff seeks Two-hundred and fifty thousand dollars ($250,000.00) in lost UNICOR Wages, Scholarship, and Family Expenditures, etc in compensatory damages and/or a transfer to a lower security facility for injunctive relief.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:   1/31/06

*Leberta Gordon*
Signature of Plaintiff(s)
(all Plaintiffs must sign)

FORM E(1)(e).4

## CERTIFICATE OF SERVICE

I, certify that the information there-in to be served on the following below describe through the United States Postal Service:

        Clerk Office
        UNITED STATES DISTRICT COURT
        FOR THE DISTRICT COURT
        333 Constitution Avenue, N.W.
        Washington, D.C. 20001


        Harley G. Lappin
        Director, F.B.O.P.
        320 First Street, N.W.
        Washington, D.C. 20534


        Harrell Watts
        National Appeal Coordinator
        320 First Street, N.W.
        Washington, D.C. 20534


        Al Haynes
        Warden-U.S.P. Hazelton
        P.O. Box 450
        Bruceton Mills, West Virginia 26525

Date: *February 1, 2006*

                                                            *Lebert A. Gordon*
                                                            Lebert A. Gordon
                                                            Reg. No. 02143-000
                                                           USP-Hazelton
                                                            Official P.O. Box 450
                                                           Inmate Box 2000
                                                           (SkyView)
                                                           Bruceton Mills, W.V. 26525