REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JANUARY 12, 2006

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : LEBERT GORDON, 02143-000
      HAZELTON USP     UNT: F    QTR: F01-123L
      P.O. BOX 450
      BRUCETON MILLS, WV 26525


FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 397811-A1        CENTRAL OFFICE APPEAL
DATE RECEIVED   : JANUARY 11, 2006
SUBJECT 1       : TRANSFER - OTHER
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT ATTEMPT INFORMAL RESOLUTION PRIOR TO SUBMISSION
                 OF ADMINISTRATIVE REMEDY, OR YOU DID NOT PROVIDE THE
                 NECESSARY EVIDENCE OF YOUR ATTEMPT AT INFORMAL RESOLUTION.

REJECT REASON 2: SEE REMARKS.

REMARKS         : WE CONCUR WITH THE INSTITUTION AND REGION. YOU NEED
                  TO FOLLOW THE INSTRUCTIONS GIVEN TO YOU.


06 0427

01-20-06 10:56 IN

FILED

MAR - 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**U.S. Department of Justice**  
Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

---

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: __Gordon, Lebert A.__ __02143-000__ __F-1__ __USP Hazelton__
  LAST NAME, FIRST, MIDDLE INITIAL  REG. NO.  UNIT  INSTITUTION

**Part A—REASON FOR APPEAL** I was transferred from USP Atlanta based on Congressman Curt Weldon's inquiry to relieve hardship-closer proximity and lower custody. However, in contrary to Warden Maldonado's instructions I was transferred from USP Atlanta to USP Hazelton in an adverse manner resulting in my loss of UNICOR Grade 1 Pay (Highest and Longevity Pay), UNICOR Scholarship and a even greater hardship.

FACTS

On 11-17-05 a BP-8 Institutional Official Log Number 372 (See attached Inmate Request signed by Unit Manager Greiner) was submitted which received no response in violation of 28 CFR 542.18. Subsequently, on 12-12-05 a BP-9 remedy I.D. #397811-F1 was submitted and rejected due to the non-process of the Informal Resolution (BP-8). On 12-16-05 a BP-10 remedy I.D. #397811-R1 was submitted noting all the necessary evidence (Copy of BP-8, Inmate Request and BP-9) which was also rejected on 12-21-05.

RELIEF

Denial of my first Amendment Right to redress grievances and my Fifth Amendment right to Due Process of Law pertaining to the adverse, divergent, and deceptive claim noted above.

__1-4-06__     __/s/ Lebert A. Gordon__
  DATE        SIGNATURE OF REQUESTER

**Part B—RESPONSE**

RECEIVED JAN 11 2006 ADMINISTRATIVE REMEDY BRANCH

---

_____     GENERAL COUNSEL
  DATE         CASE NUMBER: __397811__
ORIGINAL: RETURN TO INMATE

**Part C—RECEIPT**             CASE NUMBER: _____

Return to: _____  _____  _____  _____
  LAST NAME, FIRST, MIDDLE INITIAL  REG. NO.  UNIT  INSTITUTION
SUBJECT: _____

_____     SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL
  DATE

USP LVN     BP-231(13) APRIL 1982

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: DECEMBER 27, 2005

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      MID-ATLANTIC REGIONAL OFFICE

TO  : LEBERT GORDON, 02143-000
      HAZELTON USP    UNT: F    QTR: F01-123L
      P.O. BOX 450
      BRUCETON MILLS, WV 26525


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 397811-R1        REGIONAL APPEAL
DATE RECEIVED   : DECEMBER 21, 2005
SUBJECT 1       : TRANSFER - OTHER
SUBJECT 2       :
INCIDENT RPT NO :

REJECT REASON 1: YOU DID NOT ATTEMPT INFORMAL RESOLUTION PRIOR TO SUBMISSION
                 OF ADMINISTRATIVE REMEDY, OR YOU DID NOT PROVIDE THE
                 NECESSARY EVIDENCE OF YOUR ATTEMPT AT INFORMAL RESOLUTION.

REJECT REASON 2: SEE REMARKS.

REMARKS        : FOLLOW INSTRUCTIONS GIVEN BY THE INSTITUTION

U.S. Department of Justice                                                        **Regional Administrative Remedy Appeal**
Federal Bureau of Prisons

---

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: __Gordon, Lebert A.__    __02143-000__    __F-1__    __USP Hazelton__
     LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A—REASON FOR APPEAL** I was transferred from USP Atlanta based on Congressman Curt Weldon's inquiry to relieve hardship. However, in contrary to Warden Maldonado's instructions I was transferred from USP Atlanta to USP Hazelton in an adverse manner resulting in my loss of UNICOR Grade 1 Pay (Highest and Longevity Pay), UNICOR Scholarship and a even greater hardship.

### FACTS

In violation of 28 CFR 542.10 thru 18, et. seq., on 11-17-05 a BP-8 #372 was submitted which received no response (see attached). Subsequently, on 12-12-05 a BP-9 remedy I.D. 397811-F1 was submitted and rejected due to the non-process of the Informal Resolution. When I previously filed a BP-9 remedy I.D. 395360-F1 on 11-18-05, it was also non-processed resulting in a pattern to infringe upon my Constitutional Rights. (see attachments)

### RELIEF

Denial of my First Amendment Right to redress grievances and Fifth Amendment right to Due Process of Law pertaining to the adverse, divergent, and deceptive claim.

__12-16-05__                                                                              _Lebert A. Gordon_
  DATE                                                                                SIGNATURE OF REQUESTER

**Part B—RESPONSE**

[Stamp: RECEIVED DEC 21 2005 BUREAU OF PRISONS MARO REGIONAL COUNSEL]

---

_____                                                    _____
     DATE                                                                                REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                                        CASE NUMBER: _____

---

**Part C—RECEIPT**                                                             CASE NUMBER: __397811-P1__

Return to: _____
    LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____               _____
USP LVN  DATE  Previous editions not usable  SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP-230(13) APRIL 1982

(372)

UNITED STATES PENITENTIARY HAZELTON

REQUEST FOR ADMINISTRATIVE REMEDY
INFORMAL RESOLUTION FORM

Bureau of Prisons Program Statement 1330.13, Administrative Remedy Procedures for Inmates, states that before the inmate seeks formal review of a complaint, he must try to resolve the complaint informally before the inmate will be given an Administrative Remedy Form. The informal resolution process should be completed within five (5) working days.

| INMATE'S NAME: Lebert A. Gordon | REG. NO. 02143-000 | UNIT: F-1 |
|---|---|---|

1. Specific Complaint: I was transferred from USP Atlanta based on a Congressional inquiry to relieve hardship. However, in contrary to Warden Maldonado's instructions I was transferred from USP Atlanta to USP Hazelton in an adverse manner resulting in my loss of UNICOR grade 1 pay (Highest and longevity pay), UNICOR Scholarship and a even greater hardship.

Relief Requested: That I receive the earned transfer to a facility within my region and based on my 20 years good conduct record, outstanding programming, and previous 36 month clear conduct-positive adjustment be granted a transfer to F.C.I.-Farenton, F.C.I. Schykill, F.C.I. Allenwood, or F.C.I. Cumberland.

3. Date of Incident: Approximately May, 2005

4. Date Informal Resolution Form Issued to Inmate: 11-17-2005

5. Date/Time Informal Resolution Form Received From Inmate:

6. Date/Time Informally Discussed With Inmate:

7. Staff Response: _____

8. Date Administrative Remedy Provided:

9. Informal Resolution was/was not accomplished:

| Inmate's Signature/Register Number: | | Date: |
|---|---|---|
| Staff Member's Name and Title: | | Date: |
| Unit Manager's Signature: | | Date: |

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: DECEMBER 13, 2005

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      HAZELTON USP

TO   : LEBERT GORDON, 02143-000
       HAZELTON USP    UNT: F    QTR: F01-123L
       P.O. BOX 450
       BRUCETON MILLS, WV 26525

FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID       : 397811-F1        ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED   : DECEMBER 13, 2005
SUBJECT 1       : TRANSFER - OTHER
SUBJECT 2       :
INCIDENT RPT NO :

REJECT REASON 1: YOU DID NOT ATTEMPT INFORMAL RESOLUTION PRIOR TO SUBMISSION
                 OF ADMINISTRATIVE REMEDY, OR YOU DID NOT PROVIDE THE
                 NECESSARY EVIDENCE OF YOUR ATTEMPT AT INFORMAL RESOLUTION.

REJECT REASON 2: YOU MAY RESUBMIT YOUR REQUEST IN PROPER FORM WITHIN
                 5 DAYS OF THE DATE OF THIS REJECTION NOTICE.

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: __Gordon, Lebert A.__  __02143-000__  __F-1__  __USP Hazelton__
         LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.    UNIT    INSTITUTION

**Part A- INMATE REQUEST** In violation of 28 CFR 542.18, my BP-8 which was submitted to my Unit Team was never responded to (see Unit Team Log and attached Inmate Request). Upon inquiry regarding my BP-8 it was told to me by my Unit Team that it could not be located. Therefore, I am now according to policy submitting this BP-9 stating the same facts as follows:

**FACTS**

I was transferred from USP Atlanta based on a Congressional Inquiry to relieve hardship-closer proximity and lower custody. However, I was transferred from USP Atlanta to USP Hazelton in an adverse manner which resulted in additional hardships in my loss of UNICOR Grade 1 PAY (Highest and Longevity Pay), UNICOR Scholarship and increase family financial burdens.

**SOLUTION SORT**

To be transferred to a Lower Custody (F.C.I.) Facility. Inlight of already being in this region, I would be agreeable to a transfer to F.C.I. Cumberland which is located in a closer proximity to my familiy and would also satisfy a Lower Custody relief.

Warden Haynes, with all due respect, my Congressman inquiry on my behalf regarding adverse treatment I received was in no way ambivalent towards your purview as Warden of USP Hazelton or your staff. It was due to USP Atlanta's staff divergent deception against Warden Maldonado's instructions. I here-in appeal to your fairness to correct this wrong. Thank you.

__12/12/05__                                           __Lebert A. Gordon__
     DATE                                              SIGNATURE OF REQUESTER

**Part B- RESPONSE**

12-13-05 19:55 IN



     DATE                                         WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**                    CASE NUMBER: __397811-F1__

                                                  CASE NUMBER: _____

**Part C- RECEIPT**

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                                FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Ms. E. Soltesz, F-1 Secretary | DATE: December 12, 2005 |
|---|---|
| FROM: L. Gordon | REGISTER NO.: 02143-000 |
| WORK ASSIGNMENT: F-1 Ord. | UNIT: F-1 Cell-123L |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

This request is to verify from your log that I submitted a BP-8 to your office.

Please note the date and log number thank you.

DD #372 11/18/05 [signature]

CURT WELDON
7TH DISTRICT, PENNSYLVANIA

2466 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-3807
(202) 225-2011

1554 GARRETT ROAD
UPPER DARBY, PA 19082
(610) 259-0700

63 WEST 4TH STREET
BRIDGEPORT, PA 19405
(610) 270-1486

E-mail: curtpa07@mail.house.gov
www.house.gov/curtweldon

MIGRATORY BIRD
CONSERVATION COMMISSION
REPUBLICAN STEERING COMMITTEE

COMMITTEE ON ARMED SERVICES
VICE CHAIRMAN
TACTICAL AIR AND LAND FORCES, CHAIRMAN
PROJECTION FORCES

COMMITTEE ON SCIENCE
SPACE AND AERONAUTICS
RESEARCH

COMMITTEE ON HOMELAND SECURITY
VICE CHAIRMAN
EMERGENCY PREPAREDNESS, SCIENCE
AND TECHNOLOGY
INTELLIGENCE, INFORMATION SHARING
AND TERRORISM RISK ASSESSMENT

CO-CHAIRMAN:
CONGRESSIONAL FIRE SERVICES CAUCUS
DUMA—CONGRESS STUDY GROUP
GLOBE OCEAN PROTECTION TASK FORCE
CONGRESSIONAL DIABETES CAUCUS
HOMELAND SECURITY CAUCUS

# Congress of the United States
## House of Representatives
### Washington, DC 20515-3807

January 9, 2006

Lebert Gordon
Reg. No 02143-000
P.O Box 2000
Bruceton Mills, West Virginia  26525

Dear Lebert:

    In response to my inquiry on your behalf, I have received the enclosed letter.

    I believe you will find the reply self-explanatory. After you have a chance to read it, please let me know if you have any questions or comments about it.

    I look forward to hearing from you in the future.

Sincerely,

CURT WELDON
Member of Congress

CW:rg
    Enclosure

THIS STATIONERY PRINTED ON PAPER MADE OF RECYCLED FIBERS

U.S. Department of Justice

Federal Bureau of Prisons

RECEIVED
DEC 2 9 2005
RECEIVED

United States Penitentiary Hazelton

Office of the Warden

Post Office Box 450
Bruceton Mills, West Virginia 26525

December 23, 2005

The Honorable Curt Weldon
Member of Congress
District Office
1554 Garrett Road
Upper Darby, Pennsylvania 19082

RE: Gordon, Lebert
    Register Number 02143-000

Dear Congressman Weldon:

Thank you for your letter dated September 28, 2005, addressed to Matthew Bronick, Chief, Office of Congressional Affairs, Federal Bureau of Prisons. Your letter was forwarded to me for response, since the inquiry concerns Lebert Gordon, an inmate confined at this facility. Letters from inmate Gordon, which prompted your correspondence, requested a review of circumstances surrounding his transfer to the United States Penitentiary (USP) Hazelton. Inmate Gordon also claims adverse treatment resulting from his Congressional inquiry.

In accordance with Bureau of Prisons' Program Statement 5100.07, Security Designation and Custody Classification Manual, inmates are designated to institutions which meet the requirements for their security and safety needs, and other correctional administrative factors.

Due to the activation of USP Hazelton, it was necessary to transfer inmates currently housed at facilities throughout the Federal Bureau of Prisons based on the criteria outlined above. The inmates selected were identified as those having a positive institutional adjustment. Additionally, USP Atlanta has had a change of mission from a high security facility to a lesser security facility, of which Gordon does not classify in accordance with the above referenced Program Statement. Additionally, Gordon's transfer to USP Hazelton, favorably places him in a closer proximity to his family members in Norristown, Pennsylvania.

Inmate Gordon has been advised of his option to appeal this decision through the Administrative Remedy Program, to provide him with maximum opportunity to seek review of any issue related to his confinement.

Gordon #02143-000
Page 2

I trust this information will assist you and your constituent. In the event you have further questions or concerns, please feel free to contact me.

Sincerely,

Al Haynes
Warden