UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

**FILED**
MAR - 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Lebert A. Gordon (#02143-000)
_____
Plaintiff

vs.

Civil Action No. __06 0427__

Federal Bureau of Prisons, et. al.
_____
Defendant

## AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

I further swear that the responses which I have made to questions and instructions below relating to my ability to pay the cost of proceeding in this action are true.

1. Are you presently employed? Yes __X__ No ____
   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer.
   $13.20, U.S.P.-Hazelton, Officcial Box 450, Bruceton Mill, West Virginia, 26525.
   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received
   N/A

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or form of self-employment? Yes ____ No __X__
   b. Rent payments, interest or dividends? Yes ____ No __X__
   c. Pensions, annuities or life insurance payments? Yes ____ No __X__
   d. Gifts or inheritance? Yes __X__ No ____
   e. Any other sources? Yes __X__ No ____

If the answer to any of the above is yes, describe each source of money and state the amount received form each during the past twelve months.

Approximately $100.00 monthly from my wife Mrs. Arlene Gordon for Telephone usage. $40 dollars from Mrs Moye Stevenson as a gift.

**RECEIVED**
FEB 0 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Form CV60-694-Nov 88

2

3. Do you own any cash, or do you have money in checking or savings account? Yes_____ No__X___ (Include any funds in prision accounts). If the answer is yes, state the total value of the items owned.

_____

_____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? Yes_____ No__X___
If the answer is yes describe the property and state its approximate value.

_____

_____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.
N/A (I am incarcerated).

_____

_____

I have read and subscribed to the above and swear, under oath, that the information is true and correct. I understand that a false statement or answer to any question in this affidavit will subject me to penalties for perjury.

_____
(Plaintiff's signature)

I, __Lebert A. Gordon__, being first duly sworn under oath, presents that he has read and subscribed to the above and states that the information herein is true and correct.

_____
(Plaintiff's signature)

SUBSCRIBED AND SWORN TO before me this
_____ day of __TO ADMINISTER OATHS (18USC 4004)."__, 19___

"AUTHORIZED BY THE ACT OF July 27, 1955
TO ADMINISTER OATHS (18USC 4004)."

CORRECTIONAL TREATMENT SPECIALIST
__2/1/06__
DATE

*Notary Public or other person authorized to administer an oath*