RECEIVED
APR 1 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Washington, D.C. Division

LEBERT A. GORDON
    Plaintiff,

    v.

FEDERAL BUREAU OF PRISONS, ET. AL.
    Defendants,

Civil Action #: 1:06-cv-00427-RJL

Civil Rights Complaint pursuant to 28 U.S.C. §§ 1331

## MOTION FOR APPOINTMENT OF COUNSEL

Comes now, Lebert A. Gordon Pro-Se pursuant to 28 U.S.C. § 1915(e) request this Honorable Court for an Order granting the appoitment of Counsel.

In support of this request, Plaintiff states the following:

1). Plaintiff is not or has ever been formally trained in law, but believes that his case involves some substantial violations of his rights guaranteed by the Constitution.

2). Plaintiff has established his indigent status by the Honorable Court's granting of his leave to proceed in forma pauperis and thus is unable to retain counsel with the prerequisite knowledge to address my issues clearly in legal argument.

3). Plaintiff has established through documentation the blatant deceptive practices by falsification of documentation in light of the important safeguards of a Congressional Inquiry.

Page (2)

## **CONCLUSION**

Based on the aforementioned fact presented in support of this request, the plaintiff prays that this Honorable Court grants his request and appoint him a counsel.

Respectfully Submitted,

*Lebert A. Gordon*
Lebert A. Gordon
Reg. No. 02143-000
D.C. #219-024
Hazelton United States
Penitentiary
P.O. Box 450
Inmate Box 2000(SkyView)
Bruceton Mills, W.V. 26525
PRO-SE