UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEBERT A. GORDON, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>HARLEY LAPPIN, *et al.*, )<br>)<br>    Defendants. )<br>) | Civil Action No.: 06-0427 (RJL) |

### DEFENDANTS' MOTION TO ENLARGE TIME
### TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Federal Defendants, Al Haynes, Harley Lappin, and Harrell Watts, respectfully move for an enlargement of time for all Federal Defendants to file an answer or otherwise respond to the complaint in this case pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure. Defendants' response is currently due May 22, 2006. Defendants request an enlargement of time until June 22, 2006, to file an answer or otherwise respond to the complaint.

Plaintiff, a *pro se* prisoner, brings this <u>Bivens</u> action against the Federal Bureau of Prisons, Harley Lappin, Harrell Watts, and Al Haynes[1]. Plaintiff has sued each of the federal defendants in their official and individual capacity. Plaintiff has not completed proper service of all of the federal defendants at this time.

Because it is a <u>Bivens</u> action, the individual federal defendants sued in their personal capacities, have the opportunity to request legal representation by the Department of Justice ("DOJ"), pursuant to 28 C.F.R. § 50.15. The decision whether to grant such representation is made by the

---

[1] In making this motion for an extension of time, the defendants Harley Lappin, Harrell Watts, and Al Haynes do not waive any defense or defenses available to them under Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

Torts Branch of DOJ headquarters and, if the request is approved, this Office would likely be appointed as counsel.

The process begins, however, with requests from the federal employees and their respective agencies. The individual defendants have started, but have not completed, the process of requesting DOJ representation from the Torts Branch. Accordingly, this Office cannot yet represent the individual defendants.

Because the defenses of the individual federal defendants as individual defendants will be quite similar, it makes sense for the Court to permit this Office to present a single response to the complaint at one time. Therefore, the enlargement will serve judicial economy.

Because plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[2]

---

[2] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

May 16, 2006                                    Respectfully submitted,

                                             /s/
                                      KENNETH L. WAINSTEIN, D.C. BAR # 451058
                                      United States Attorney


                                             /s/
                                      RUDOLPH CONTRERAS, D.C. BAR # 434122
                                      Assistant United States Attorney


                                             /s/
                                      JOHN HENAULT, D.C. BAR # 472590
                                      Assistant United States Attorney
                                      555 4th Street, N.W.
                                      Washington, D.C. 20530
                                      (202) 307-1249

## Certificate of Service

I certify I caused copies of the foregoing Defendants' Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint served by first class mail upon *pro se* plaintiff at:

Lebert A. Gordon
Reg. No. 02143-000
U.S.P. Hazelton
Inmate Box 2000
Bruceton Mills, WV 26525


on this 16th day of May, 2006.

                                                  /s/
                                       JOHN HENAULT, D.C. BAR # 472590
                                       Assistant United States Attorney