UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEBERT A. GORDON,        )<br>                          )<br>   Plaintiff,          )<br>                          )<br>   v.                     )<br>                          )<br>HARLEY LAPPIN, *et al.*,  )<br>                          )<br>   Defendants.        )<br>                          ) | Civil Action No.: 06-0427 (RJL) |

## ORDER

UPON CONSIDERATION of the Defendants' Motion for Enlargement of Time, support thereof, the grounds stated therefor and the entire record in this matter, it is by the Court this ____ day of _____, 2006, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED Defendants shall file an answer or dispositive motion on or before June 22, 2006.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

John Henault
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530

Lebert A. Gordon
Reg. No. 02143-000
U.S.P. Hazelton
Inmate Box 2000
Bruceton Mills, WV 26525