UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LEBERT A. GORDON,
Plaintiff

v.

HARLEY LAPPIN, et al.,
Defendants

Civil Action No.: 06-0427 (RJL)

RECEIVED
MAY 2 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO ENLARGE TIME TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Comes now Plaintiff, Lebert A. Gordon in Pro-Se Motion in opposition to Defendants' motion to enlarge time to file Answer or otherwise Respond to plaintiff's complaint. Plaintiff asserts the following facts:

Where defendants asserts that because plaintiff has not completed proper service of all defendants as reason for seeking an enlarge time to file Answer. Plaintiff states emphatically that by virtue of the Court's granting of his Motion for Leave to Proceed in forma Pauperis, he is neither obligated or required to issue service of Notice to defendants. Further, according to the Court Docket sheet in this case defendants were issued notification Summons on 3/21/06 and return of Service/Affidavit of Summons as to all defendants executed on 3/23/06. Also, based on the specific

PAGE #1 of 4

LEBERT A. GORDON V. HARLEY LAPPIN, ET.AL.
Civil Action No: 06-0427 (RJL)
Plaintiff's Opposition To Defendants' Motion to Enlarge Time
Page #2 of 4

Wording in defendants' motion, "the individual defendants have started, but have not completed, the process of requesting D.O.J. representation from the Torts Branch," is clear proof that all defendants had been served.

Where the United States Attorney's office for the District of Columbia (D.O.J.) has filed this motion for Enlarge Time on behalf of Defendants. Although, Federal Defendants have the opportunity to request Legal representation by the Department of Justice (D.O.J.) pursuant to 28 C.F.R. §50.15. However, based on the specific wording in Defendants' Motion for Enlarge time, "the defendants have started, but have not completed, the process of requesting D.O.J. representation from the Torts Branch. Accordingly, <u>this office cannot yet represent the individual defendants.</u>" Thus, pursuant to 28 C.F.R. §50.15, the Defendants has yet to be granted Approval for Legal representation by the Tort Branch of D.O.J. headquarters and by this virtue the United States Attorney's office Lacks the Approval and/or Authority to comport a motion on behalf of defendants.

LEBERT A. GORDON V. HARLEY LAPPIN, ET. AL.
Civil Action No.: 06-0427 (RJL)
Plaintiff Opposition to Defendants' motion to Enlarge time
Page #3 of 4

In conclusion, Plaintiff ask this Honorable Court to take into consideration his Pro-Se Litigant status and the fact that plaintiff has been in an Institution Lockdown for the past seven (7) days without any access to the Law Library services, and assigns Legal weight to his arguments; as well as statutorial codifications of law, granting plaintiff's opposition motion by denying the United States Attorney's office invalid request on behalf of defendants. Further, it is requested that this Honorable Court accepts this motion as is due to my Lockdown status.

Respectfully Submitted,

Lebert A. Gordon
Lebert A. Gordon
Reg. No. 02143-000
USP-Hazelton
P.O. Box 2000
Bruceton Mills, W.V. 26525

## Declaration

I, Lebert A. Gordon, hereby declare that the above information is true and correct to the best of my knowledge. (28 U.S.C. §1746; 18 U.S.C. §1621.)

Date: May 22, 2006

Lebert A. Gordon
Signature of Plaintiff.

LEBERT A. Gordon V HARLEY LAPPin, et al.
Civil Action No.: 06-0427 (RJL)
Plaintiff Opposition To Defendants' motion To Enlarge time
Page # 4 of 4

Case 1:06-cv-00427-RJL   Document 8   Filed 05/24/2006   Page 4 of 4

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was furnished by regular U.S. Mail, first-class postage prepaid, this 22nd day of May, 2006, on the following persons: John Henault

Assistant United States Attorney

Judiciary Center Building

555 4th St., N.W.

Washington, D.C. 20530

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 22nd day of May, 2006.

Sign and print name/address

Lebert A. Gordon
LEBERT A. Gordon
Reg. No. 02143-000
U.S.P. Hazelton
P.O. Box 2000
Bruceton Mills, W.V. 26525