UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LEBERT GORDON,                    )
                                  )
        Plaintiff,                )
                                  )
v.                                )   Civil Action No. 06-427
                                  )
HARLEY LAPPIN, Director, et al.,  )
                                  )
        Defendants.               )
_____)

### DECLARATION OF VICTORIA JUSTICE

I, Victoria Justice, hereby declare and state the following:

1. I am currently employed by the Federal Bureau of Prisons (BOP) as an Administrative Remedy Specialist at the Office of General Counsel. My business office is located at the Central Office in Washington, D.C. I have held my current position since February 2003.

2. As an Administrative Remedy Specialist, I have access to the BOP computerized record-keeping database known as SENTRY. All administrative remedy requests and appeals filed by inmates are logged and maintained in SENTRY.

3. On May 16, 2006, I searched the SENTRY computer system in the Central Office of the Bureau of Prisons and reviewed the administrative remedy requests filed by the Plaintiff Lebert Gordon, Register Number 02143-000. SENTRY reflects that from November 3, 2003, through April 23, 2006, the Plaintiff filed thirteen administrative remedy requests.

4. SENTRY reflects that the Plaintiff filed an administrative remedy request for his transfer out of Atlanta in retaliation for a grievance at the institution level on December 13, 2005, regional level on December 21, 2005, and at the Central Office level on January 12, 2006. All were rejected because he did not follow proper procedures. The Plaintiff has failed to exhaust the BOP administrative remedy process.

In accordance with 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated:                              _____
                                    Victoria Justice
                                    Administrative Remedy Specialist
                                    Federal Bureau of Prisons

