```
BOPOF                     PUBLIC INFORMATION                    06-05-2006
PAGE 001              *       INMATE DATA           *           17:07:23
                            AS OF 06-05-2006

REGNO..: 02143-000  NAME: GORDON, LEBERT
COMP NO: 010        ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: HAZ / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 304-379-5000    FAX: 304-379-5039
                                             RACE/SEX...: BLACK / MALE
FBI NUMBER.: 560844DA4                       DOB/AGE....: 10-16-1963 / 42
PROJ REL MT: LIFE                            PAR ELIG DT: 10-23-2025
PROJ REL DT: LIFE                            PAR HEAR DT: 04-2025
------------------------------- ADMIT/RELEASE HISTORY -------------------------
FCL    ASSIGNMENT  DESCRIPTION                  START DATE/TIME STOP  DATE/TIME
HAZ    A-DES       DESIGNATED, AT ASSIGNED FACIL 05-18-2005 1200 CURRENT
S42    RELEASE     RELEASED FROM IN-TRANSIT FACL 05-18-2005 1200 05-18-2005 1200
S42    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 05-18-2005 0431 05-18-2005 1200
PHL    TRANSFER    TRANSFER                      05-18-2005 0431 05-18-2005 0431
PHL    A-BOP HLD   HOLDOVER FOR INST TO INST TRF 05-09-2005 2001 05-18-2005 0431
A01    RELEASE     RELEASED FROM IN-TRANSIT FACL 05-09-2005 2001 05-09-2005 2001
A01    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 05-09-2005 1223 05-09-2005 2001
ATL    TRANSFER    TRANSFER                      05-09-2005 1223 05-09-2005 1223

G0002        MORE PAGES TO FOLLOW . . .
```

