UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LEBERT A. GORDON,**     )<br>                              )<br>       Plaintiff,              )<br>                              )<br>   v.                          )<br>                              )<br>**HARLEY LAPPIN,** *et al.*,  )<br>                              )<br>       Defendants.           )<br>                              ) | Civil Action No.: 06-0427 (RJL) |

**ORDER**

UPON CONSIDERATION of the Defendants' Motion To Dismiss, support thereof, the grounds stated therefore and the entire record in this matter, it is by the Court this _____ day of _____, 2006, hereby

ORDERED that the said motion be and hereby is granted, and

FURTHER ORDERED that this case is dismissed with prejudice.

This is a final and appealable order.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

John F. Henault
Assistant United States Attorney
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530

Lebert A. Gordon
Reg. No. 02143-000
U.S.P. Hazelton
Inmate Box 2000
Bruceton Mills, WV 26525