UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG 3 – 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| LEBERT A. GORDON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0427 (RJL) |
| ) | |
| HARLEY G. LAPPIN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reason stated in the accompanying Memorandum Opinion, it is this 2nd day of August 2006,

ORDERED that defendants' motion to dismiss [Dkt. No. 10] is GRANTED; and it is

FURTHER ORDERED that this case is DISMISSED. This is a final appealable Order.

_____
Richard J. Leon
United States District Judge