**CURT WELDON**
7TH DISTRICT, PENNSYLVANIA

2466 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-3807
(202) 225-2011

1554 GARRETT ROAD
UPPER DARBY, PA 19082
(610) 259-0700

63 WEST 4TH STREET
BRIDGEPORT, PA 19405
(610) 270-1486

E-mail: curtpa07@mail.house.gov
www.house.gov/curtweldon

MIGRATORY BIRD
CONSERVATION COMMISSION
REPUBLICAN POLICY COMMITTEE



# Congress of the United States
## House of Representatives
### Washington, DC 20515-3807

COMMITTEE ON ARMED SERVICES
TACTICAL AIR AND LAND FORCES, CHAIRMAN
STRATEGIC FORCES

[EXHIBIT 13]

SPACE AND AERONAUTICS
ENERGY

SELECT COMMITTEE ON
HOMELAND SECURITY

CO-CHAIRMAN:
CONGRESSIONAL FIRE SERVICES CAUCUS
DUMA—CONGRESS STUDY GROUP
GLOBE OCEAN PROTECTION TASK FORCE
CONGRESSIONAL DIABETES CAUCUS
HOMELAND SECURITY CAUCUS

May 10, 2005

Mr. Lebert Gordon
Reg. No. 02143-000
P.O. Box 150160
Atlanta, Georgia 30315

Dear Mr. Gordon:

Although I have heard nothing further in response to my inquiry on your behalf, I wanted to reassure you that I will continue pursuing this matter until it is resolved.

As soon as I have something definite to report, I will be back in touch with you. In the meantime, please let me know if there is anything else I can be doing for you in this or any other matter.

Sincerely,

CURT WELDON
Member of Congress

CW:la

CURT WELDON
7TH DISTRICT, PENNSYLVANIA

2466 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-3807
(202) 225-2011

1554 GARRETT ROAD
UPPER DARBY, PA 19082
(610) 259-0700

63 WEST 4TH STREET
BRIDGEPORT, PA 19405
(610) 270-1486

E-mail: curtpa07@mail.house.gov
www.house.gov/curtweldon

MIGRATORY BIRD
CONSERVATION COMMISSION
REPUBLICAN STEERING COMMITTEE

# Congress of the United States
## House of Representatives
### Washington, DC 20515-3807

COMMITTEE ON ARMED SERVICES
VICE CHAIRMAN
TACTICAL AIR AND LAND FORCES, CHAIRMAN

[EXHIBIT 16]

SPACE AND AERONAUTICS
RESEARCH

COMMITTEE ON HOMELAND SECURITY
VICE CHAIRMAN
EMERGENCY PREPAREDNESS, SCIENCE
AND TECHNOLOGY
INTELLIGENCE, INFORMATION SHARING
AND TERRORISM RISK ASSESSMENT

CO-CHAIRMAN:
CONGRESSIONAL FIRE SERVICES CAUCUS
DUMA—CONGRESS STUDY GROUP
GLOBE OCEAN PROTECTION TASK FORCE
CONGRESSIONAL DIABETES CAUCUS
HOMELAND SECURITY CAUCUS

September 28, 2005

Lebert Gordon
Reg. No 02143-000
P.O Box 2000
Bruceton Mills, West Virginia  26525

Dear Lebert:

    Just a brief note to let you know that I am looking into your request.  I will be back in touch with you shortly.

    In the meantime, if you have any questions or wish to furnish any additional information, please contact Rachel Gumienny who will be happy to assist you.

                                          Sincerely,

                                          CURT WELDON
                                          Member of Congress

CW:rg

CURT WELDON
7TH DISTRICT, PENNSYLVANIA

2466 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-3807
(202) 225-2011

1554 GARRETT ROAD
UPPER DARBY, PA 19082
(610) 259-0700

63 WEST 4TH STREET
BRIDGEPORT, PA 19405
(610) 270-1486

E-mail: curtpa07@mail.house.gov
www.house.gov/curtweldon

MIGRATORY BIRD
CONSERVATION COMMISSION
REPUBLICAN STEERING COMMITTEE



Congress of the United States
House of Representatives
Washington, DC 20515-3807

COMMITTEE ON ARMED SERVICES
VICE CHAIRMAN
TACTICAL AIR AND LAND FORCES, CHAIRMAN

[EXHIBIT 17]

SPACE AND AERONAUTICS
RESEARCH

COMMITTEE ON HOMELAND SECURITY
VICE CHAIRMAN

EMERGENCY PREPAREDNESS, SCIENCE
AND TECHNOLOGY
INTELLIGENCE, INFORMATION SHARING
AND TERRORISM RISK ASSESSMENT

CO-CHAIRMAN:

CONGRESSIONAL FIRE SERVICES CAUCUS
DUMA-CONGRESS STUDY GROUP
GLOBE OCEAN PROTECTION TASK FORCE
CONGRESSIONAL DIABETES CAUCUS
HOMELAND SECURITY CAUCUS

November 1, 2005

Lebert Gordon
Reg. No 02143-000
P.O Box 2000
Bruceton Mills, West Virginia  26525

Dear Lebert:

    In response to my inquiry on your behalf, I have received the enclosed letter.

    I believe you will find the reply self-explanatory.  After you have a chance to read it, please let me know if you have any questions or comments about it.

    I look forward to hearing from you in the future.

                                      Sincerely,

                                      CURT WELDON
                                      Member of Congress

CW:rg
    Enclosure



U.S. Department of Justice

Federal Bureau of Prisons

[EXHIBIT 18]

*United States Penitentiary Hazelton*

*Office of the Warden*

Post Office Box 450
Bruceton Mills, West Virginia 26525



OCT 31 2005

October 25, 2005

The Honorable Curt Weldon
Member of Congress
District Office
1554 Garrett Road
Upper Darby, Pennsylvania 19082

RE:  Gordon, Lebert
     Register Number 02143-000

Dear Congressman Weldon:

Thank you for your letter dated September 28, 2005, addressed to Matthew Bronick, Chief, Office of Congressional Affairs, Federal Bureau of Prisons. Your letter was forwarded to me for response, since the inquiry concerns Lebert Gordon, an inmate confined at this facility. Letters from inmate Gordon, which prompted your correspondence, requested a review of circumstances surrounding his transfer to the United States Penitentiary (USP) Hazelton. Inmate Gordon also claims adverse treatment resulting from his Congressional inquiry.

In accordance with Bureau of Prisons' Program Statement 5100.07, <u>Security Designation and Custody Classification Manual,</u> inmates are designated to institutions which meet the requirements for their security and safety needs, and other correctional administrative factors.

Due to the activation of USP Hazelton, it was necessary to transfer inmates currently housed at facilities throughout the Federal Bureau of Prisons based on the criteria outlined above. The inmates selected were identified as those having a positive institutional adjustment. Additionally, USP Atlanta has had a change of mission from a high security facility to a lesser security facility, of which Gordon does not classify in accordance with the above referenced Program Statement. Additionally, Gordon's transfer to USP Hazelton, favorably places him in a closer proximity to his family members in Norristown, Pennsylvania.

Gordon #02143-000
Page 2

Inmate Gordon also claims he has been subjected to adverse treatment by not being transferred to a lower level facility as the result of his Congressional inquiry. A review of this claim finds Gordon does not meet the criteria for a lesser security facility transfer.

I trust this information will assist you and your constituent. In the event you have further questions or concerns, please feel free to contact me.

Sincerely,

Al Haynes
Warden




U.S. Department of Justice

Federal Bureau of Prisons

RECEIVED DEC 29 2005

United States Penitentiary Hazelton

[EXHIBIT 21]

Office of the Warden

Post Office Box 450
Bruceton Mills, West Virginia 26525

December 23, 2005


The Honorable Curt Weldon
Member of Congress
District Office
1554 Garrett Road
Upper Darby, Pennsylvania 19082

RE: Gordon, Lebert
    Register Number 02143-000

Dear Congressman Weldon:

Thank you for your letter dated September 28, 2005, addressed to Matthew Bronick, Chief, Office of Congressional Affairs, Federal Bureau of Prisons. Your letter was forwarded to me for response, since the inquiry concerns Lebert Gordon, an inmate confined at this facility. Letters from inmate Gordon, which prompted your correspondence, requested a review of circumstances surrounding his transfer to the United States Penitentiary (USP) Hazelton. Inmate Gordon also claims adverse treatment resulting from his Congressional inquiry.

In accordance with Bureau of Prisons' Program Statement 5100.07, Security Designation and Custody Classification Manual, inmates are designated to institutions which meet the requirements for their security and safety needs, and other correctional administrative factors.

Due to the activation of USP Hazelton, it was necessary to transfer inmates currently housed at facilities throughout the Federal Bureau of Prisons based on the criteria outlined above. The inmates selected were identified as those having a positive institutional adjustment. Additionally, USP Atlanta has had a change of mission from a high security facility to a lesser security facility, of which Gordon does not classify in accordance with the above referenced Program Statement. Additionally, Gordon's transfer to USP Hazelton, favorably places him in a closer proximity to his family members in Norristown, Pennsylvania.

Inmate Gordon has been advised of his option to appeal this decision through the Administrative Remedy Program, to provide him with maximum opportunity to seek review of any issue related to his confinement.

Gordon #02143-000
Page 2

I trust this information will assist you and your constituent. In the event you have further questions or concerns, please feel free to contact me.

Sincerely,

Al Haynes
Warden

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM   [EXHIBIT 22]
SEP 98
U.S. DEPARTMENT OF JUSTICE                              FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Ms. E. Soltesz, F-1 Secretary | DATE: December 12, 2005 |
|---|---|
| FROM: L. Gordon | REGISTER NO.: 02143-000 |
| WORK ASSIGNMENT: F-1 Ord. | UNIT: F-1 Cell-123L |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

This request is to verify from your log that I submitted a BP-8 to your office.

Please note the date and log number thank you.

#372  11/18/05 —

(Do not write below this line)

DISPOSITION:

Signature Staff Member                    Date

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)         This form replaces BP-148.070 dated Oct 86
                                              and BP-S148.070 APR 94

SUBJECT: Administrative
Remedy Program
PAGE: Attachment A

[EXHIBIT 23]


(372)

UNITED STATES PENITENTIARY HAZELTON

REQUEST FOR ADMINISTRATIVE REMEDY
INFORMAL RESOLUTION FORM

Bureau of Prisons Program Statement 1330.13, Administrative Remedy Procedures for Inmates, states that before the inmate seeks formal review of a complaint, he must try to resolve the complaint informally before the inmate will be given an Administrative Remedy Form. The informal resolution process should be completed within five (5) working days.

| INMATE'S NAME: Lebert A. Gordon | REG. NO. 02143-000 | UNIT: F-1 |
|---|---|---|

1. Specific Complaint: I was transferred from USP Atlanta based on a Congressional inquiry to relieve hardship. However, in contrary to Warden Maldonado's instructions I was transferred from USP Atlanta to USP Hazelton in an adverse manner resulting in my loss of UNICOR grade 1 pay (Highest and longevity pay), UNICOR Scholarship and a even greater hardship.

2. Relief Requested: That I receive the earned transfer to a facility within my region and based on my 20 years good conduct record, outstanding programming, and previous 36 month clear conduct-positive adjustment be granted a transfer to F.C.I. Farenton, F.C.I. Schykill, F.C.I. Allenwood, or F.C.I. Cumberland.

3. Date of Incident: Approximately May, 2005

4. Date Informal Resolution Form Issued to Inmate: 11-17-2005

5. Date/Time Informal Resolution Form Received From Inmate:

6. Date/Time Informally Discussed With Inmate:

7. Staff Response:

8. Date Administrative Remedy Provided:

9. Informal Resolution was/was not accomplished:

| Inmate's Signature/Register Number: | Date: |
|---|---|
| Staff Member's Name and Title: | Date: |
| Unit Manager's Signature: | Date: |