UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
SEP 2 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| LEBERT A. GORDON, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-0427 (RJL) |
| HARLEY G. LAPPIN, *et al.*, | ) |
| Defendants. | ) |

ORDER
(September 25, 2006)

Plaintiff moves pursuant to Fed. R. Civ. P. 59(e) to alter or amend the judgment entered on August 3, 2006. Motions for reconsideration of final orders are committed to the sound discretion of the trial court. *See Firestone v. Firestone*, 76 F.3d 1205, 1208 (D.C. Cir. 1996). A motion for reconsideration need not be granted "unless the district court finds that there is an intervening change in controlling law, the availability of new evidence or the need to correct a clear error or prevent manifest injustice." *Id.* (citations and quotation marks omitted). Plaintiff states that "the Court is absolutely right in its Opinion and Points of law granting the Dismissal" but nevertheless requests "reconsideration based on the particulars and extenuating circumstances of his case." Motion at 1. The motion presents no grounds for reopening this case. Accordingly, it is

ORDERED that plaintiff's Motion to Alter or Amend Judgment [Dkt. No. 16] is DENIED.

Richard J. Leon
United States District Judge