IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

APR 0 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

LEBERT A. GORDON,                    )

      PETITIONER,                    )

v.                    )        Case No. 06 - 427 RJL

JOE DRIVER, WARDEN,                    )

      RESPONDENT.                    )

## MOTION TO AMEND/ STRIKE RESPONDENT
## THE FEDERAL BUREAU OF PRISONS FROM
## WRIT OF HABEAS CORPUS

    **NOW COMES** the Petitioner Lebert A. Gordon (hereinafter referred to as "Petitioner"), respectfully request that this Honorable Court will strike the Federal Bureau of Prisons from his writ of habeas corpus pursuant to 28 U.S.C. §2241, as well as the Federal Rules of Civil Procedure, Rule 15. The Petitioner states as follows:

    **1). Joe Driver is the person that has custody over the Petitioner Lebert A. Gordon.**

    **2). The Federal Bureau of Prisons do have official jurisdiction over the Petitioner, but pursuant to 28 U.S.C. § 2242 clearly states: "The name of the person who has custody over Petitioner."**

**(1)**

3). The Petitioner reflects his sincere belief that a writ of habeas corpus should be issue in that he is being continuously deprived of his rightful liberty by virtue of the woeful violation of his constitutional right to due process as a result of a series of critical errors that, (whether by neglect or by design), were committed both procedurally, (in general), specifically and/or jurisdictionally, by employees of the Federal Bureau of prisons, represented by the defendant, Joe Driver, (hereinafter referred to as the respondent), warden of the United States Penitentiary-Hazeltong located at Bruceton Mills, West Virginia 26525, and the legal custodian of the Petitioner.

WHEREFORE: the Petitioner respectfully prays that this Honorable Court will amend and strike the Federal Bureau of Prisons from the petitioner original writ of habeas corpus, and add Joe Driver as the legal custodian over the petitioner, and any other relief this court deems just and proper in the interest of justice.

Dated this _5th_ day of April, 2007,

Respectfully submitted,

_Lebert A. Gordon_

LEBERT A. GORDON
REG. NO. 02143-000/D.C.D.C. #219-024
USP-HAZELTON
P.O. BOX 2000
BRUCETON MILLS, WV   26525

(2)